FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2021

No. 04-21-00270-CV

**IN THE INTEREST OF E.C.B., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-00496
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed his notice of appeal on July 7, 2021. Accordingly, the clerk's record was due July 19, 2021. *See* TEX. R. APP. P. 26.1(b), 35.1(b).

The clerk has filed a notification of late record requesting an extension of time until July 26, 2021, to file the record. We grant the motion and order the clerk's record due **July 26, 2021**. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court